UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERARD OUIMETTE,

Petitioner,

v. Case No. 1:95CR00029-001

UNITED STATES OF AMERICA,

Respondent.

PETITIONER'S MOTION FOR COPY OF
FILINGS WITHOUT PREPAYMENT OF
COSTS OR FEES ASSOCIATED THEREWITH

NOW COMES GERARD OUIMETTE, pursuant to 18 USC § 3006A and or 28 USC § 1915(c) , and respectfully moves for an order of the Court directing that petitioner be provided, without prepayment of costs or fees, copies of documents on file with the Clerk of the Court in the above-captioned and styled case.

In support thereof, petitioner states:

A jury found petitioner guilty of conspiracy to collect extensions of credit by extortionate means. Petitioner was sentenced to concurrent terms of life imprisonment without parole pursuant to the "three strikes" provision of 18 USC § 3559(c)(1)(A). Petitioner moved to vacate, set aside, or correct sentence under 28 USC § 2255.

On June 21, 2001, this Court entered an order denying petitioner's section 2255 motion.

Petitioner is currently in the custody of the Federal Bureau of Prisons in the bailwick of the United States Penitentiary in Terre Haute, Indiana.

Petitioner is indigent and cannot afford to prepay the costs associated with the foregoing request.

The attached Financial Affidavit supports a finding that petitioner is an indigent.

28 USC 1915(c) , upon the filing of an affidavit in accordance with subsection(a) and (b) and the prepayment of any partial filing fee as may be required under subsectional (b), the Court may direct payment by the United States of the expenses of (1) printing the record...in any civil or criminal case...

Therefore, this Court can, under 28 USC 1915(c), direct the United States to pay the costs of printing the record in this case. See Fridman v. City of New York, 195 F.Supp.2d 534 (S.D.N.Y. 2002).

Furthermore, under 18 USC § 3006A, this Court is authorized to direct payment by the United States for services that are necessary to proper presentation of indigent defendant's case at all stages in criminal proceedings, and costs for transcripts may be payed under the act. See 46 Comp. Gen. 93 (1966)

In the instant case, petitioner is in the process of preparing an application for filing with the First Circuit Court Appeals to allow the filing of a second and/or successive § 2255 in this Court, and it is necessary and sine qua non that petitioner have access to the following documents in order to perfect the application for leave:

Documents Requested:

1. A copy of the original § 2255 filed in this case;
2. A copy of the Government's Response to the § 2255;
3. A copy of the Court's Order and Memorandum of the Original 2255 motion;
4. A copy of the Supplemental claims filed by petitioner.

Wherefore, all premises considered, petitioner prays that the instant motion is granted.

3-5-08
Dated

Respectfully submitted,

s/
Gerard Ouimette, Pro Se

## CERTIFICATE OF SERVICE

I certify that a true correct copy of this document was served on the following adverse party:

Robert Clark Corrente
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence Rhode Island 02903

Dated: 03/05/08

s/
Gerard Ouimette