IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 95-029T |
| | : | |
| GERARD T. OUIMETTE | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COPY OF FILINGS WITHOUT PREPAYMENT OF COSTS**

The defendant, Gerard T. Ouimette (Defendant), moves that this Court provide, without payment of fees or costs, copies of the following documents: 1) his original § 2255 petition; 2) the government's response to his original petition; 3) this Court's Memorandum and Order concerning that petition; and 4) his supplemental claims. The Defendant states that these documents are necessary to assist him in filing an application to the First Circuit Court of Appeals seeking permission to file a second or successive § 2255 petition. To this request, the government objects.

Under 28 U.S.C. § 2255, a second or successive § 2255 motion must be certified by the Court of Appeals to contain either "newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable." The Defendant does not state what issues he intends to raise, nor does

he make any showing in his papers that he can satisfy either one of the two gatekeeping requirements.

While the government has found no First Circuit case precisely on point, in a different context, Courts have ruled that a defendant is not entitled to a free transcript prior to the filing of a § 2255 motion or habeas petition. See 28 U.S.C. § 753(f) (fee for transcript paid by the United States if circuit judge certifies appeal is not frivolous and transcript is needed to decide issue); United States v. Mac Collom, 426 U.S. 317, 96 S.Ct. 2086 (1976); United States v. Horvath, 157 F.3d 131, 132-33 (2nd Cir. 1998) (citing cases).

Under such reasoning, this Court should deny Defendant's motion for copies of the documents without payment of fees.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 17th day of March, 2008, I electronically filed and served by ordinary mail, postage prepaid, the Within Government's Response To Defendant's Motion For Copies Of Filings Without Prepayment Of Costs, to:

Gerard T. Ouimette
Reg. No. 02519-070
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov