IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. 95-29T |
| vs. | ) | |
| | ) | |
| GERARD T. OUIMETTE | ) | |

**DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DISCLOSURE OF DOCUMENTS AND COURT RECORDS WITHOUT PREPAYMENT OR COST ASSOCIATED THEREWITH**

NOW COMES the defendant Gerard T. Ouimette and hereby respectfully replies to the Government's objection to defendant's request for copies of specific documents in the record to enable defendant to apply for the application for leave to file a second or successive motion to vacate, set aside or correct sentence under 28 U.S.C. Section 2255(b).

Defendant has moved for an order directing that he be provided a copy of certain specific documents of file with the clerk's office.

The request was made to enable defendant to fully comply with the requirements of First Circuit Court of Appeals' Local Rule 22.2(a)(2),(A-E), which requires:

copies of all relevant portions of earlier court proceedings, which must ordinarily include:

(A) copies of all §2254 or §2255 petitions eariler filed:

(B) the respondent's answer to the earlier petitions (including any portion of the state record the

respondent submitted to the district court);

(C) any magistrate-judge's report and recommendation in earlier §2254 or §2255 proceedings;

(D) the district court's decision in the earlier proceedings; and

(E) the portions of the state court record needed to evaluate the claims presented and to show that movant has exhausted state court remedies.

a. a copy of that 1st Cir. L.Rule is appended hereto.

As grounds for its objection, the government has incorrectly argued that no authority exists for this court to grant defendant the relief he has requested.

In fact, where as here, the defendant has been found indigent, and it is well settled that indigent criminal defendant is entitled to transcript of prior proceeding, at government's expense, under 18 USC § 3006A(e) if it is reasonably necessary to present effective defense at subsequent proceeding. United States v. Johnson, 584 F.2d 148 (6th Cir.1978), cert den 440 U.S. 918, 59 L.Ed.2d 469, 99 S.Ct. 1239, 99 S.Ct. 1240 and cert den (1979).

Under certain circumstances, government may be required under 18 USCS § 3006A to furnish transcript of prior proceedings. United States v. Rosales-Lopez, 617 F.2d 1349, affd. 451 U.S. 182(1981).

WHEREFORE, defendant prays that the court overrules the government's ofjecton and for good cause shown, grants defendant's motion.

Respectfully submitted,

Gerard T. Ouimette

Reg. No. 02519-070
Federal Correctional Complex
P.O. Box #33
Terre Haute, IN 47808-0033

## CERTIFICATE OF SERVICE

I Gerard T. Ouimette, hereby certify that on this ___ day of 3-29, 2008, I mailed first-class mail, postage prepaid, ___ copy/copies of the foregoing motion to:

Robert Clark Corrente, USA
Kenneth P. Madden, AUSA
U.S. Attorney's Office
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903

[signature]
Gerard T.Ouimette

## DECLARATION

I declare that the above is true pursuant to 28 U.S.C. § 1746, and the penalty of perjury of the laws of the United States.

EXECUTED: 3-29-08

[signature]
Gerard T. Ouimette