# United States Court of Appeals

## For the First Circuit

# Rulebook

**Federal Rules of Appellate Procedure**

**First Circuit Local Rules**

**First Circuit Internal Operating Procedures**

**Rules of Attorney Disciplinary Enforcement for the Court of Appeals for the First Circuit**

**Rules of the Judicial Council of the First Circuit Governing Complaints of Judicial Misconduct or Disability**

Effective with amendments through December 1, 2007

**Maine • Massachusetts • New Hampshire**
**Rhode Island • Puerto Rico**

*motion for authorization to file a second or successive § 2254 or § 2255 petition must be sufficiently complete on filing to allow the court to assess whether the standard set forth in 28 U.S.C. §§ 2244(b) or 2255, as applicable, has been satisfied. The motion must be accompanied by both:*

*(1) a completed application form, available from this court, stating the new claims(s) presented and addressing how Section 2244(b) or Section 2255's standard is satisfied; and*

*(2) copies of all relevant portions of earlier court proceedings, which must ordinarily include:*

*(A) copies of all §2254 or §2255 petitions earlier filed;*

*(B) the respondent's answer to the earlier petitions (including any portion of the state record the respondent submitted to the district court);*

*(C) any magistrate-judge's report and recommendation in the earlier §2254 or §2255 proceedings;*

*(D) the district court's decision in the earlier proceedings; and*

*(E) the portions of the state court record needed to evaluate the claims presented and to show that movant has exhausted state court remedies.*

*(b)* ***Incomplete Motion.*** *Failure to provide the requisite application and attachments may result in the denial of the motion for authorization with or without prejudice to refiling. At its discretion, the court may instead treat the motion as lodged, the filing being deemed complete when the deficiency is remedied.*

*(c)* ***Service.*** *The movant shall serve a copy of the motion to file a second or successive petition and all accompanying attachments on the state attorney general (§ 2254 cases) or United States Attorney for the federal judicial district in which movant was convicted (§ 2255 cases) and shall comply with Fed. R. App. P. 25.*

*(d)* ***Response.*** *The state attorney general (§ 2254 cases) or United States Attorney (§ 2255 cases) is requested to file a response within 14 days of the filing of the motion.*

*(e)* ***Transfer.*** *If a second or successive § 2254 or § 2255 petition is filed in a district court without the requisite authorization by the court of appeals pursuant to 28 U.S.C. § 2244(b)(3), the district court will transfer the petition to the court of appeals pursuant to 28 U.S.C. § 1631 or dismiss the petition. If the petition is transferred, the petitioner must file a motion meeting the substantive requirements of Loc. R. 22.2(a) within 45 days of the date of notice from the clerk of the court of appeals that said motion is required. If the motion is not timely filed, the court will enter an order denying authorization for the § 2254 or § 2255 petition.*