UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Cr. No. 95-029T

v.

GERARD T. OUIMETTE

**ORDER REGARDING MOTION FOR COURT DOCUMENTS**

Gerard T. Ouimette ("Ouimette") has moved to be provided, without charge, with copies of various documents filed in connection with a §2255 motion that was denied approximately nine years ago. Ouimette states that he seeks the documents for the purpose of preparing an application to the First Circuit Court of Appeals for permission to file a successive §2255 petition but he does not state the basis for the proposed petition or how the requested documents would be relevant to it.

Ouimette has no entitlement to copies of the requested documents without charge for the following reasons:

1. In order to obtain transcripts or other documents at the government's expense, an individual filing a §2255 petition must establish that the petition "is not frivolous and that the transcript is needed to decide the issue presented. . ." 28 U.S.C. §753(f). Since Ouimette has not indicated the basis for his proposed motion for

permission to file a successive petition, there is no way to determine the issue that such a petition would present. See, United States v. Horvath, 157 F.3d 131 (2d Cir. 1998)("[M]otion for a free transcript pursuant to §753(f) is not ripe until a §2255 motion has been filed."); United States v. Fabian, 758 F. Supp. 804, 806 (D.R.I. 1991).

2. Ouimette's motion is incidental to the filing of a successive §2255 petition and this Court lacks jurisdiction over a successive petition unless and until the Court of Appeals grants an individual permission to file it. 28 U.S.C. §2255; see United States v. Saccoccia, 2004 WL 1764556 at *1 (D.R.I. Aug. 2, 2004).

Despite the fact that Ouimette has no right to copies of the requested documents without charge, this Court would provide them if the documents were in the Court's file and were not voluminous. However, since the file relating to Ouimette's previous §2255 motion was closed long ago and transferred to archives, the request involves more than simply providing copies of documents that are in the Court's possession.

For all of the foregoing reasons, Ouimette's motion is denied.

ENTER:

Ernest C. Torres

Ernest C. Torres
Senior U.S. District Judge

Date: 4/7/08

BY ORDER:

B. A. Jim

Deputy Clerk

Date: 4/8/08