UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Cr. No. 95-029T

v.

GERARD T. OUIMETTE

**DEFENDANT'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER REGARDING MOTION FOR COURT DOCUMENTS**

Defendant **GERARD T. OUIMETTE** the defendant in pro se hereby respectfully moves this Honorable Court for reconsideration of the Court's April 8, 2008 Order regarding motion for court documents.

In support of the foregoing motion defendant states:

In denying defendant's motion regarding a request for specific documents for the purpose of preparing an application for a successive §2255 motion, this court concluded inter alia:

**"Despite the fact that Ouimette has no right to copies of requested documents without charge, this Court would provide them if the documents were in the Court's file and were not voluminous..."**

**Id. Order page 2; See Copy attached.**

Defendant requests that the Court accept the enclosed tendered check in the amount of $45.00 which is the standard processing fee set by the Administrative Office of the Court's for retrival of documents transferred to the archives and respectfully requests that once the documents are in the possession of the court clerk, that this Honorable Court exercise its discretion and grant the relief requested.

Dated: 4-17-08

Respectfully submitted,

Gerard T. Ouimette, Pro Se

**CERTIFICATE OF SERVICE**

I certify that a true correct copy of the foregoing has been served on: Robert Clark Corrente
U.S. Attorney
Fleet Center, 8th Floor, 50 Kennedy Plaza
Providence, RI 02903

Gerard T. Ouimette