IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERARD T. OUIMETTE | : | |
| | : | |
| v. | : | CA. No. 99-489T |
| | : | CR. No. 95-029T |
| UNITED STATES OF AMERICA | : | |

MOTION FOR AN EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and moves this Court for an extension of time to respond to the petitioner's so-called Hazel-Atlas Glass Co. v. Hartford-Empire Co. Motion. The additional time is necessary for the government to complete its research and file a response.

WHEREFORE, the government requests that this Court extend the time by which a response must be filed by two weeks - until July 21, 2008.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATION

I hereby certify that on the 7th day of July, 2008, I electronically filed and served, by ordinary mail with postage prepaid, the Within Motion For An Extension Of Time, to:

Gerard T. Ouimette
Reg. No. 02519-070
USP - Federal Correctional Complex
P. O. Box # 33
Terre Haute, IN 47808-0033

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov